■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RODNEY NICOT, Appellant. [676 NYS2d 484] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated March 3, 1997 (*People v Nicot,* 237 AD2d 310), affirming a judgment of the Supreme Court, Kings County, rendered June 27, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Bracken, Rosenblatt and Miller, JJ., concur.